Linda S. Fossi, Esq. (ID #1720)
DEILY, MOONEY & GLASTETTER, LLP
One Greentree Centre, Suite 201
Marlton, NJ 08053
(856) 988-5555
Attorneys for Creditor, DCFS Trust

|  |  |
|---|---|
| | UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
HONORABLE Raymond T. Lyons
CASE NO. 05-12966-RTL |
| | Chapter 13 |
| In the Matter of:

    DAVID SACCO and
    SUSAN E. SACCO,

                    Debtors. | **NOTICE OF CREDITOR'S MOTION FOR
RELIEF FROM AUTOMATIC STAY
PURSUANT TO 11 U.S.C. SECTION 362 (d) (1)** |

HEARING DATE AND TIME:
May 17, 2005, 9:00 a.m.

**ORAL ARGUMENT IS REQUESTED IN THE EVENT
OPPOSITION IS TIMELY FILED**

TO:

| | |
|---|---|
| James V. Loewen, Esq.
Attorney for Debtors
Wronko and Loewen
38 N. Gaston Ave.
Somerville, NJ 08876

Michael B. Kaplan, Esq. (Trustee)
CN 4853
Trenton, NJ 08650-4853 | Office of the U.S. Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

David Sacco and
Susan E. Sacco (Debtors)
3 Pulaski Road
Whitehouse Station, NJ 08889 |

PLEASE TAKE NOTICE that on May 17, 2005, at 9:00 a.m., or as soon thereafter as counsel may be heard, Deily, Mooney & Glastetter, LLP, attorneys for DCFS Trust, the within creditor ("Creditor"), shall move before the Honorable Raymond T. Lyons, United States Bankruptcy Judge, at the United States Bankruptcy Court, Clarkson S. Fisher Federal Bldg. & Courthouse, 402 East State Street, Trenton, NJ 08608, for an Order pursuant to 11 U.S.C. Section 362(d)(1) granting such Creditor relief from automatic stay or, in the alternative, directing the Debtors, above-named, to immediately provide for the adequate protection of any property subject to the interests of such Creditor; for costs and disbursements of this action, waiver of the requirement of

F.R.B.P. Rule 4001 that requires that the order Granting Relief from the Automatic Stay be effective ten days from the date of entry of said Order and for such other and further relief as to the Court may seem just and proper.

PLEASE TAKE FURTHER NOTICE that in support of the Motion, the undersigned shall rely on the accompanying Motion of Linda S. Fossi, Esq. A proposed form of Order is also being submitted. A Memorandum of Law has not been submitted because the issues raised by the Motion are not extraordinary or unusual necessitating the filing of legal briefs.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion shall: (i) be in writing; (ii) specify with particularity the basis of the objection; and (iii) be filed with the Clerk, United States Bankruptcy Court, Clarkson S. Fisher Federal Bldg. & Courthouse, 402 East State Street, Trenton, NJ 08608 and simultaneously served on Creditor's counsel, Deily, Mooney & Glastetter, LLP, One Greentree Centre, Suite 201, Marlton, NJ 08053 (Attention: Linda S. Fossi, Esq.) so as to be received no later than seven (7) days before the return date set forth herein.

PLEASE TAKE FURTHER NOTICE that unless objections are timely filed and served, the Motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a) and the relief requested may be granted without a hearing.

PLEASE TAKE FURTHER NOTICE that counsel hereby requests oral argument in accordance with D.N.J. LBR 9013-1 (f) in the event opposition papers are timely filed.

Dated: April 18, 2005

        DEILY, MOONEY & GLASTETTER, LLP
        Attorneys for DCFS Trust
        Chapter 13 Creditor

By:   \s\ Linda S. Fossi
      Linda S. Fossi, Esq.
      DEILY, MOONEY & GLASTETTER, LLP
      One Greentree Centre, Suite 201
      Marlton, NJ 08053
      Tel. (856) 988-5555

05.01262