Linda S. Fossi, Esq. (ID #1720)
DEILY, MOONEY & GLASTETTER, LLP
One Greentree Centre, Suite 201
Marlton, NJ 08053
(856) 988-5555
Attorneys for Creditor, DCFS Trust

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
HONORABLE Donald H. Steckroth
CASE NO. 05-21734-DHS

Chapter 7

In the Matter of:

    GWENDOLYN TAYLOR DBA
    PRO IMAGE,

Debtor.

**CERTIFICATE OF SERVICE**

    I, Tracie Johnson, certify that I am not less than eighteen (18) years of age; that service of the Notice of Motion and Certification in Support of Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. Section 362(d)(1) (with attached Exhibits) was made on April 18th, 2005.

Mail Service: Regular, first-class United States mail, postage fully pre-paid, addressed to:

| | |
|---|---|
| Stephen B. McNally, Esq.<br>Attorney for Debtor<br>McNally & Busche, L.L.C.<br>40 Park Place<br>Newton, NJ 07860 | Gwendolyn Taylor dba Pro Image<br>14 Cliffside Court<br>Hamburg, NJ 07419 |

E-Mail Service: via e-mail notification to the following:

| | |
|---|---|
| Charles Forman, Esq. (Trustee)<br>Forman, Holt & Eliades LLC<br>218 Route 17 North<br>Rochelle Park, NJ 07662 | Office of the U.S. Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 |

\s\ Tracie Johnson
Tracie Johnson

05.02853