UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Deily, Mooney & Glastetter, LLP
One Greentree Centre, Suite 201
Marlton, NJ  08053

In Re:

    GWENDOLYN TAYLOR DBA
    PRO IMAGE,

           Debtor

. Case No.: 05-21734-DHS
.
. Adv. No.:
.
. Hearing Date: May 17, 2006
.
. Judge:  Donald H. Steckroth

*Order Filed on 5/17/2005 by Clerk U.S. Bankruptcy Court District of New Jersey*

### ORDER VACATING AUTOMATIC STAY AS TO PERSONAL PROPERTY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: 5/17/2005**

Honorable Donald H. Steckroth
United States Bankruptcy Judge

| | |
|---|---|
| In re:<br><br>    GWENDOLYN TAYLOR DBA<br>    PRO IMAGE,<br><br>              Debtor. | . Case No. 05-21734-DHS7<br>.<br>. Chapter: 7<br>.<br>. Hearing Date: May 17, 2005 |

## ORDER VACATING AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Creditor, DCFS Trust, under Bankruptcy Code Section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED, that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Personal property more fully described as:

**One (1) 2003 Jeep Grand Cherokee (V.I.N. 1J4GW48S33C544774)**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

05.02853

2

*Approved by Judge Donald H. Steckroth May  17, 2005*

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0312-2          User: rheim              Page 1 of 1              Date Rcvd: May 17, 2005
Case: 05-21734                Form ID: pdf903          Total Served: 2
```

The following entities were served by first class mail on May 19, 2005.
```
db         +Gwendolyn Taylor,   14 Cliffside Court,   Hamburg, NJ 07419-2416
aty        +Stephen B. McNally,   McNally & Busche, L.L.C.,   40 Park Place,   Newton, NJ 07860-1747
```
The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 19, 2005**                              **Signature:**    _Joseph Speetjens_