Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

In Re:      Gwendolyn Taylor
SSN:        xxx–xx–9041
EIN:
ADDRESS:  14 Cliffside Court
          Hamburg, NJ 07419

                                        Case No:   05–21734–DHS
                                        Chapter:   7
                                        Judge:     Donald H. Steckroth

               Debtor(s)

---

### FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Charles Forman is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is discharged .

Dated: <u>August 4, 2005</u>                    <u>Donald H. Steckroth</u>
                                                Judge, United States Bankruptcy Court